CHARLES F. GARRIGUES COMPANY, Respondent, *v.* CASU-
ALTY COMPANY OF AMERICA, Defendant.

MARTIN E. STINER et al., Appellants.

*Garrigues Co.* v. *Casualty Co. of America,* 175 App. Div. 895,
affirmed.

(Submitted January 11, 1917; decided January 30, 1917.)

APPEAL, by permision, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered October 27, 1916, which affirmed an order
of Special Term denying a motion by the appellants herein
for an order directing that they be brought in and made
parties defendant in the above-entitled action. The action
is brought to recover the amount of a surety bond deliv-
ered by the defendant to the plaintiff. The bond was
given to secure the performance of the terms of an agree-
ment entered into between the plaintiff and Martin E.
Stiner and Walter H. Stiner, comprising the firm of Wil-
liam H. Stiner & Son, and the said firm of William H.
Stiner & Son are the principals on the said bond, and the
defendant in this action the surety. The application for
leave to be made parties herein by the said firm of Wil-
liam H. Stiner & Son was made under section 452 of the
Code of Civil Procedure, and particularly under the
provision thereof which provides that a party having an
interest in the subject-matter of an action, and not a party
thereto, upon his application must be made a party. The
reason for the application is that the petitioners have an
absolute defense to this action as the moving papers show,
which the defendant cannot properly present. Further-
more, the defendant has no real interest in this action
and petitioners are the real parties in interest.

The following question was certified: " Have Martin
E. Stiner and Walter H. Stiner, the petitioners herein,
such an interest in the subject-matter of this action as
entitles them on their own application to be brought in as
parties defendant by the proper amendment under the
provisions of section 452 of the Code of Civil Procedure."

*Francis E. Hamilton, Milton Mayer* and *Goodman Block* for appellants.

*Edmund L. Mooney* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.